**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Arizona Entryways, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-5895358** |
| **4.** | **Debtor's address** | **Principal place of business** **7026 W. Louise Drive** **Glendale, AZ 85310** Number, Street, City, State & ZIP Code  **Maricopa** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **None** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership ☐ Other. Specify: _____ |

| Debtor | **Arizona Entryways, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| | District | **Arizona** | When | **2/22/10** | Case number | **2-10-bk-04387-SSC** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Jerzy Bielawski and Bozena Jurczyk** | Relationship to you | **Owner** |
|---|---|---|---|---|
| | District | **Arizona** | When **11/25/13** | Case number, if known | **2-13-bk-20417-BKM** |

| Debtor | Arizona Entryways, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Arizona Entryways, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 23, 2015**
MM / DD / YYYY

X **/s/ Jerzy Bielawski**     **Jerzy Bielawski**
Signature of authorized representative of debtor     Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Michael A. Jones**     Date **December 23, 2015**
Signature of attorney for debtor     MM / DD / YYYY

**Michael A. Jones**
Printed name

**Allen Maguire & Barnes, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone **602-256-6000**     Email address

**27311 Arizona**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Arizona Entryways, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Seterus, Inc. P.O. Box 2008 Grand Rapids, MI 49501-2008 | | Residential real property at 7026 W. Louise Drive, Glendale, AZ 85310 | | $260,400.00 | $200,000.00 | $60,400.00 |
| Chase P.O. Box 52108 Phoenix, AZ 85072-2108 | | loan | | | | $50,000.00 |
| CCO Mortgage P.O. Box 6260 Glen Allen, VA 23058 | | Residential real property at 6776 W. Crabapple Drive, Peoria, AZ 85383 | | $27,881.34 | $210,000.00 | $27,881.34 |
| Nationstar Mortgage, LLC 8950 Cypress Waters Blvd. Coppell, TX 75019 | | Residential real property at 6776 W. Crabapple Drive, Peoria, AZ 85383 | | $223,988.78 | $210,000.00 | $13,988.78 |
| Terramar Homeowners Association 8765 W. Kelton Ln, Bldg A-1, #102 Peoria, AZ 85382 | | HOA fines | Disputed | | | $11,723.00 |
| Chase P.O. Box 15298 Wilmington, DE 19850 | | Credit Card | | | | $9,889.66 |
| Citi P.O. Box 44180 Jacksonville, FL 32231 | | Credit Card | | | | $6,073.68 |
| Capital One P.O. Box 60024 City Of Industry, CA 91716 | | Credit Card | | | | $3,593.06 |

| Debtor | Arizona Entryways, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hillcrest Ranch Community Association c/o Alpha Community Management 19265 N. 83rd Ave., #102 Peoria, AZ 85382** | | **Residential real property at 7026 W. Louise Drive, Glendale, AZ 85310** | | **$2,556.00** | **$200,000.00** | **$2,556.00** |
| **Terramar Homeowners Association 8765 W. Kelton Ln, Bldg A-1, #102 Peoria, AZ 85382** | | **Residential real property at 6776 W. Crabapple Drive, Peoria, AZ 85383** | | **$2,556.00** | **$210,000.00** | **$2,556.00** |
| **Office of the United States Trustee 230 North First Avenue, Suite 204 Phoenix, AZ 85004** | | **quarterly fees due for previous bankruptcy case** | | | | $800.00 |
| **Home Depot Credit Services P.O. Box 6031 The Lakes, NV 88901-6028** | | **credit line** | | | | $200.00 |

Arizona Entryways, LLC -

ANTHONY WOJTURSKI
5510 E. CALLE DEL SOL
CAVE CREEK AZ 85331

BARRY HERNON
6776 W. CRABAPPLE DRIVE
PEORIA AZ 85383

BETH MULCAHY, ESQ.
MULCAHY LAW FIRM, P.C.
3001 E. CAMELBACK ROAD, SUITE 130
PHOENIX AZ 85016

BOZENA JURCZYK
7026 W. LOUISE DR.
GLENDALE AZ 85310

CAPITAL ONE
P.O. BOX 60024
CITY OF INDUSTRY CA 91716

CCO MORTGAGE
P.O. BOX 6260
GLEN ALLEN VA 23058

CHASE
P.O. BOX 15298
WILMINGTON DE 19850

CHASE
P.O. BOX 52108
PHOENIX AZ 85072-2108

CITI
P.O. BOX 44180
JACKSONVILLE FL 32231

Arizona Entryways, LLC -


CITIMORTGAGE INC
P.O. BOX 6006
THE LAKES NV 88901


DAVID W. LIPPMAN
PO BOX 13928
TUCSON AZ 85732


HILLCREST RANCH COMMUNITY ASSOCIATION
C/O ALPHA COMMUNITY MANAGEMENT
19265 N. 83RD AVE., #102
PEORIA AZ 85382


HOME DEPOT CREDIT SERVICES
P.O. BOX 6031
THE LAKES NV 88901-6028


JERZY BIELAWSKI
7026 W LOUISE DRIVE
GLENDALE AZ 85310


JERZY BIELAWSKI AND BOZENA JURCZYK
7026 W. LOUISE DR
GLENDALE AZ 85310


LEONARD MCDONALD, ESQ.
TIFFANY & BOSCO PA
2525 E. CAMELBACK ROAD, SUITE 700
PHOENIX AZ 85016


LTD FINANCIAL SERVICES
7322 SOUTHWEST FREEWAY
SUITE 1600
HOUSTON TX 77074


NATIONSTAR MORTGAGE, LLC
8950 CYPRESS WATERS BLVD.
COPPELL TX 75019

Arizona Entryways, LLC -


OFFICE OF THE UNITED STATES TRUSTEE
230 NORTH FIRST AVENUE, SUITE 204
PHOENIX AZ 85004


SETERUS, INC.
P.O. BOX 2008
GRAND RAPIDS MI 49501-2008


SETERUS, INC.
ATTN: BANKRUPTCY DEPT
P.O. BOX 2206
GRAND RAPIDS MI 49501-2206


SMALL BUSINESS ADMINISTRATION
2719 N. AIR FRESNO DRIVE, SUITE 107
FRESNO CA 93727


SMALL BUSINESS ADMINISTRATION
801 TOM MARTIN DRIVE, SUITE 120
BIRMINGHAM AL 35211


TERRAMAR HOMEOWNERS ASSOCIATION
8765 W. KELTON LN, BLDG A-1, #102
PEORIA AZ 85382

In re **Arizona Entryways, LLC**  Case No.
Debtor(s)  Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Arizona Entryways, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 23, 2015**  /s/ Michael A. Jones
Date  **Michael A. Jones**
 Signature of Attorney or Litigant
 Counsel for **Arizona Entryways, LLC**
 **Allen Maguire & Barnes, PLC**
 **1850 N. Central Avenue, Suite 1150**
 **Phoenix, AZ 85004**
 **602-256-6000 Fax:602-252-4712**